# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| RSG, INC., a South Dakota corporation;<br>R GROUP, INC., an Iowa corporation;<br>and RANDALL S. GOLDEN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SIDUMP'R TRAILER COMPANY, INC.,<br>a Delaware corporation,<br><br>　　　　　　Defendant. | 8:06CV507<br><br>ORDER |

This matter is before the Court on the Joint Notice of Settlement (Filing No. 25). Pursuant to the Joint Notice of Settlement,

**IT IS ORDERED:**

　　1.　　The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before February 2, 2007**. If the case is to be dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

　　2.　　If the parties fail to consummate a written settlement agreement by the established date, then the parties shall advise the Court and propose dates for progression of this case.

　　DATED this 4th day of January, 2007.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge