## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RSG INC., et al.,** ) | |
| ) | |
| Plaintiffs, ) | 8:06CV507 |
| ) | |
| vs. ) | ORDER |
| ) | |
| **SIDUMP'R TRAILER COMPANY, INC.,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for leave to withdraw of Mark F. Enenbach, Patrick D. Pepper and the law firm of McGrath North Mullin & Kratz (Filing No. 27) as counsel for the plaintiffs. The court notes other counsel represents the plaintiffs. **See** Filing No. 28. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Mark F. Enenbach, Patrick D. Pepper and the law firm of McGrath North Mullin & Kratz (Filing No. 27) as counsel for the plaintiffs is granted.

2. The Clerk of Court shall stop all electronic notices to Mark F. Enenbach and Patrick D. Pepper regarding this case.

DATED this 31st day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge