# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RSG INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV507 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SIDUMP'R TRAILER COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of W. Patrick Betterman and his law firm (Filing No. 34) as counsel for the plaintiffs. The court notes other counsel represents the plaintiffs. **See** Filing No. 35. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of W. Patrick Betterman and his law firm (Filing No. 34) as counsel for the plaintiffs is granted.

2. The Clerk of Court shall stop all electronic notices to W. Patrick Betterman regarding this case.

DATED this 26th day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge