IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RSG INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV507 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SIDUMP'R TRAILER COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of Richard P. Jeffries as counsel for the defendant (Filing No. 39). The movant states Mr. Jeffries is no longer with the law firm of Kutak Rock LLP. Other counsel from the firm has filed an appearance on behalf of the defendant. **See** Filing No. 38. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Richard P. Jeffries (Filing No. 38) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices to Richard P. Jeffries regarding this case.

DATED this 20th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge