**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **RSG INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV507 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SIDUMP'R TRAILER COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Joint Stipulation for Change of Date Settings to Amend Pleadings (Filing No. 41) seeking to amend the Orders Setting Schedule for Progression of Case (Filing Nos. 14 and 33) ("Progression Orders"). After reviewing the Stipulation, and noting that such proposed changes will not affect or alter the date of either the Progression of Case or the trial setting, and being fully advised in the premises,

**IT IS ORDERED:**

The Joint Stipulation (Filing No. 41) is approved.

**IT IS FURTHER ORDERED:**

The following changes to the date settings in the Progression Order shall govern this action:

1. The plaintiffs shall have until **on or before April 9, 2007**, to amend its Complaint.
2. The defendant shall have until **on or before May 4, 2007**, to file its Amended Answer/Counterclaim.
3. The plaintiffs shall have until **on or before May 18, 2007** to file their Reply.

DATED this 29th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge