# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RSG INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV507 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SIDUMP'R TRAILER COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Unopposed Motion for 90-day Extension of Progression Order (Filing No. 141). The plaintiffs filed the instant motion the same day the court granted leave for the defendant's counsel to withdraw from this matter. Previously, the court scheduled this case for trial in June 2009, with a discovery deadline of March 16, 2009. **See** Filing No. 125. However, because the defendant is currently without counsel, and unable to represent itself, all proceedings must be suspended pending the defendant's compliance with the court's March 2, 2009 Order. **See** Filing No. 139. Accordingly,

**IT IS ORDERED:**

1. The plaintiffs' Unopposed Motion for 90-day Extension of Progression Order (Filing No. 141) is granted as set forth herein.

2. All deadlines contained in the Fourth Amended Order Setting Final Schedule for Progression of Case (Filing No. 125) are suspended pending resolution of the defendant's representation.

3. Moving counsel shall immediately serve a copy of this order on the defendant and file a certificate of service therefore.

DATED this 3rd day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge