IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RSG, INC., a South Dakota corporation;<br>R GROUP, INC., an Iowa corporation; and<br>RANDALL S. GOLDEN, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>SIDUMP'R TRAILER COMPANY, INC.,<br>a Delaware corporation,<br><br>    Defendant. | 8:06CV507<br><br>ORDER |

On March 2, 2009, Magistrate Judge Thalken entered an order suspending all deadlines contained in the Fourth Amended Order Setting Final Schedule for Progression of Case pending resolution of the defendant's representation. David J. Stubstad and Joseph E. Jones entered their appearances as defense counsel on March 23, 2009, at which time the case was reassigned to Magistrate Judge Gossett for pretrial supervision.

Upon review of the file,

**IT IS ORDERED:**

1. Defendant's motion to extend the deadline to name substitute counsel (Doc. 149) and plaintiffs' objection thereto (Doc. 145) are denied as moot.

2. Counsel for the parties shall contact the chambers of Magistrate Judge Gossett no later than April 1, 2009 to schedule a telephonic status conference for the purpose of reviewing the preparation of the case to date and scheduling the case to trial.

**DATED March 24, 2009.**

                BY THE COURT:

                s/ F.A. Gossett
                **United States Magistrate Judge**