## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RSG, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:06CV507 |
| vs. | ) | |
| | ) | ORDER |
| SIDUMP'R TRAILER COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| GEMINI INVESTORS III, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:09CV105 |
| vs. | ) | |
| | ) | ORDER |
| RSG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Extend Deadlines is granted, as follows:

1. RSG, Inc., R Group, Inc. and Randall Golden (together, "Golden") are given until and including September 30, 2009 to answer or otherwise respond to Gemini's First Amended Complaint in Case No. 8:09CV105.

2. Responses to Golden's pending motion to consolidate cases shall be filed on or before September 25, 2009.

**DATED September 11, 2009.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**