## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RSG, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **8:06CV507** |
| vs. | ) | |
| | ) | **ORDER** |
| SIDUMP'R TRAILER COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| GEMINI INVESTORS III, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **8:09CV105** |
| vs. | ) | |
| | ) | **ORDER** |
| RSG, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' "JOINT STIPULATION AS TO PRECLUSIVE EFFECT OF JUDGMENT IN *RSG, INC. v. SIDUMP'R TRAILER CO., INC.*, No. 8:06-CV-507" (Doc. 68 in Case No. 8:09CV105).  Upon review of the record,

**IT IS ORDERED** that the Joint Stipulation (Doc. 68) is granted and approved, as follows:

1.    The motion to consolidate cases filed by RSG, Inc., R Group, Inc., and Randall S. Golden (together, the "Golden Parties")  in Cases Nos. 8:09CV105 and 8:06CV507 is deemed withdrawn.

2.    Gemini Investors III, L.P. and Gemini Investors IV, L.P. (together, the "Gemini Parties") and the Golden Parties shall file a separate joint motion to stay discovery in Case No. 8:09CV105 pending final judgment in Case No. No. 8:06CV507.

3.    If Sidump'r Trailer Company, Inc., does not substantially prevail against a Golden Party on one or more of Counterclaim Counts 2, 3, 4 and 5 set forth in its Second Amended Counterclaim filed in Case No. 8:06CV507, then the Gemini Parties' claims

against that Golden Party in this action will be dismissed with prejudice. The words "not substantially prevail" shall mean either (a) that one or more of Counterclaim Counts 2, 3, 4 and 5 of the Second Amended Counterclaim in Case No. 8:06CV507 is dismissed, or (b) Sidump'r Trailer Company, Inc. recovers a judgment for nominal damages only on Counterclaim Counts 2, 3, 4 and 5 of the Second Amended Counterclaim in Case No. 8:06CV507.

4.   If Sidump'r Trailer Company, Inc. substantially prevails on one or more of Counterclaim Counts 2, 3, 4 and 5 of the Second Amended Complaint against one or more of the Golden Parties in the Sidump'r Litigation, the parties' Stipulation (Doc. 68 in Case No. 8:09CV105) shall not govern or have any impact upon what, if any, effect such a judicial determination will have on Case No. 8:09CV105.

5.   The Gemini Parties agree to be bound by all legal determinations made by the Court in Case No. 8:06CV507, whether made on summary judgment, pretrial motions, or during trial, except to the extent that such legal determinations shall be reversed or vacated on appeal as to Case No. 8:06CV507.

6.   Acceptance of the Stipulation by the Golden Parties shall not constitute a waiver of any right the Golden Parties or any of them may have, and the Golden Parties retain all rights they or any one or more of them may have, other than the  rights they are giving up under paragraphs 1 and 2 of the Stipulation (Doc. 68 in Case No. 8:09CV105).

**DATED September 23, 2009.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**

-2-