IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RSG, Inc., A South Dakota Corporation, R GROUP, Inc., An Iowa Corporation, and RANDALL S. GOLDEN, An Individual, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV507 |
| v. | ) ) | |
| SIDUMP'R TRAILER, Company, Inc., A Delaware Corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

   This matter is before the Court on defendant's unopposed motion for extension of time to file a brief in opposition to plaintiffs' motion for summary judgment. Filing No. 207. The Court has reviewed the record and finds the motion should be granted until December 18, 2009.

   THEREFORE, IT IS ORDERED that defendant's motion to extend time to answer plaintiff's brief, Filing No. 207, is granted until December 18, 2009.


   DATED this 24th day of November, 2009.

                                        BY THE COURT:


                                        s/ Joseph F. Bataillon
                                        Chief United States District Judge