IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RSG, INC., a South Dakota Corporation, R GROUP, INC., an Iowa Corporation, and RANDALL S. GOLDEN, an Individual, | ) ) ) ) ) | CASE NO. 8:06CV507 |
| Plaintiffs, | ) ) ) ) | ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| SIDUMP'R TRAILER COMPANY, INC., a Delaware Corporation, | ) ) ) | IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) ) | |

THIS matter having come before the Court on the Defendant's Second Unopposed Motion for Extension of Time to File Brief in Opposition to Plaintiffs' Motion for Summary Judgment, and the Court, being fully advised in the premises,

ORDERS, ADJUDGES, AND DECREES that Defendant Sidump'r Trailer Company, Inc., shall have until December 28, 2009, to file its Brief in Opposition to Plaintiff's Motion for Summary Judgment.

Dated: December 17, 2009

                                                s/ Joseph F. Bataillon
                                              United States District Judge

Prepared and Submitted By:

Joseph E. Jones, #15970
David J. Stubstad, #21429
Rebecca A. Zawisky, #23505
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
(402) 341-6000
Attorneys for Defendant

526122