IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RSG, Inc., a South Dakota Corporation, R GROUP, INC., an Iowa Corporation, and RANDALL S. GOLDEN, an Individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>SIDUMP'R TRAILER, Company INC., a Delaware Corporation,<br><br>            Defendant. | 8:06CV507<br><br>ORDER |

   This matter is before the court on plaintiff's unopposed motion for an extension of time until January 22, 2010, to file a reply brief (Filing No. 234) regarding defendant's motion for partial summary judgment (Filing No. 196). The court has reviewed the record and finds the motion should be granted, but only until January 11, 2010. The court notes that the pretrial conference in this case is scheduled for January 25, 2010, and trial is scheduled for February 16, 2010. The court generally requires thirty days prior to trial to rule on summary judgment motions.

   THEREFORE, IT IS ORDERED that plaintiff's motion to extend time to file a reply brief, Filing No. 234, is granted until January 11, 2010.

   DATED this 30th day of December, 2009.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              Chief United States District Judge