IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RSG, Inc., a South Dakota Corporation, R GROUP, INC., an Iowa Corporation, and RANDALL S. GOLDEN, an Individual,<br><br>       Plaintiffs/<br>       Counter-defendants,<br><br>    v.<br><br>SIDUMP'R TRAILER COMPANY, INC., a Delaware Corporation,<br><br>       Defendant/<br>       Counterclaimant. | 8:06CV507<br><br>MEMORANDUM AND ORDER |

This matter is before the court the motion of plaintiffs/counter-defendants RSG, Inc., R Group, Inc., and Randall S. Golden (hereinafter, collectively, "RSG") to amend the court's findings of fact and conclusions of law, Filing No. 303. RSG seeks additional findings on its affirmative defense of equitable estoppel. It argues that the defense provides an alternative ground for the court's dismissal of Sidump'r's fraud, breach of warranty, and rescission counterclaims.

The defendants oppose the motion. They argue that RSG is trying to gain an advantage in a separate litigation pending in this court, *Gemini Investors III, L.P. et al v. RSG, Inc.*, No 8:09CV105 (D. Neb.) ("*Gemini v. RSG*" or "the Gemini litigation"). In that case, to avoid delaying the present action and the risk of multiple jury verdicts on similar factual allegations, the parties entered into a stipulation agreeing to be bound by the court's judgment in the present case. *See Gemini Investors III, L.P. et al v. RSG, Inc.*, No 8:09CV105, Filing No. 68, Stipulation.

This action was tried to the court and a jury from April 6, 2010, to April 16, 2010. The court made several rulings at the close of evidence and RSG prevailed on the claims that were submitted to the jury. The court later entered an order making detailed factual findings and expressly stating that "[t]he court finds neither party is entitled to recover on its equitable claims." Filing No. 301, Order at 34. Equitable relief is generally appropriate only in the absence of adequate legal relief. The court declines to revisit the issue. Accordingly, the court finds RSG's motion should be denied.

IT IS ORDERED that plaintiffs'/counter-defendants' motion to amend the court's findings of fact and conclusions of law (Filing No. 303) is denied.

DATED this 11th day of May, 2011.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.