# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RSG, Inc., A South Dakota Corporation, R GROUP, Inc., An Iowa Corporation, and RANDALL S. GOLDEN, An Individual,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | **8:06CV507** |
| V. | ) ) | **ORDER** |
| **SIDUMP'R TRAILER, Company, Inc., A Delaware Corporation,** | ) ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court on Sidump'r Trailer Company's Motion to Quash Subpoena and Motion for an Order Cancelling Debtor's Examination (filing 322) and the Motion to Withdraw as Counsel for Sidump'r Trailer Company (filing 323) (collectively referred to herein as "motions"). On August 17, 2011, this court ordered Plaintiffs, by or before noon (CST) on August 22, 2011, to show cause why the motions should not be granted. Plaintiffs have not responded to the court's order.

After reviewing the matter, the court concludes that the motions should be granted.

Accordingly,

**IT IS ORDERED:**

1. Sidump'r Trailer Company's Motion to Quash Subpoena and Motion for an Order Cancelling Debtor's Examination (filing 322) is granted.

2. The debtor's examination scheduled for August 26, 2011, is hereby cancelled.

3. The Motion to Withdraw as Counsel for Sidump'r Trailer Company (filing

326) is granted.

4. David Stubstad, Patrick Cooper, Joseph Jones, Rebecca Zawisky, Danene Tushar and the law firm of Fraser Stryker ("movants") are hereby granted leave to withdraw as counsel of record for Sidump'r Trailer Company.

5. The Clerk shall terminate the movants' appearance as counsel for Sidump'r Trailer Company.

6. The Clerk shall terminate future notices to movants in this matter.

**DATED August 22, 2011.**

                                        **BY THE COURT:**

                                        S/ F.A. Gossett
                                        **United States Magistrate Judge**