IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RSG, Inc., a South Dakota Corporation, R GROUP, Inc., an Iowa Corporation, and RANDALL S. GOLDEN, an Individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV507 |
| v. | ) ) | |
| SIDUMP'R TRAILER, Company, Inc., A Delaware Corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| v. | ) ) | |
| GEMINI INVESTORS, IV, L.P., | ) ) | |
| Garnishee. | ) | |

This matter is before the court after a telephone conference with counsel for the plaintiffs RSG Inc., R Group, and Randall Golden (collectively, "Golden") and counsel for garnishee Gemini Investors IV, L.P. ("Gemini") on March 8, 2012. Pursuant thereto,

IT IS ORDERED:

1. Golden shall file a brief in connection with the motion to pierce the corporate veil (Filing No. 326), together with evidence in support thereof, on or before **March 29, 2012.**

2. Gemini shall file a brief and evidence in response on or before **April 19, 2012.**

3. Golden shall have until **April 26, 2012,** to file a reply; no surreply will be permitted.

4. The court will treat the matter as a motion for summary judgment and the parties should govern themselves accordingly. Factual disputes, if any, will be resolved at an evidentiary hearing which is set for **May 21, 2012, to May 23, 2012**, in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 9th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge